UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LAWRENCE JACKSON,

        Plaintiff,

  v.

UNITED STATES OF AMERICA,

        Defendants.

No. C 05-3006 MHP
No. C 06-6490 MHP

**JUDGMENT**

This action having come before this court, the Honorable Marilyn Hall Patel, United States District Judge presiding, and the issues having been duly presented and an order having been duly filed granting defendants' motion for summary judgment,

IT IS ORDERED AND ADJUDGED that this action is DISMISSED in its entirety.

Dated: 12/21/2007

MARILYN HALL PATEL
United States District Court Judge
Northern District of California