Allan M. Tabor, State Bar No. 52846
RYAN & TABOR
11 Embarcadero West, Suite 130
Oakland, California 94607-4543
Telephone (510) 444-5350
Facsimile (510) 444-5359

Attorneys for Plaintiff
LAWRENCE JACKSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE JACKSON,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA;<br>VETERANS ADMINISTRATION,<br>DEPARTMENT OF VETERAN<br>AFFAIRS,<br><br>　　　　Defendants.<br>_____/ | No. C05-03006 MHP<br>　　　C06-06490 MHP<br><br>**NOTICE OF APPEAL TO COURT OF APPEAL FROM JUDGMENT OF A DISTRICT COURT** |

　　　Plaintiff, LAWRENCE JACKSON, hereby appeals the Judgment entered December 21, 2007 by The Honorable Marilyn Hall Patel to the United States Court of Appeal for the Ninth Circuit.


Dated:  February 25, 2008　　　　　　　　　　　RYAN & TABOR


　　　　　　　　　　　　　　　　　　　　　　　　 /Allan M. Tabor/
　　　　　　　　　　　　　　　　　　　　　　　ALLAN M. TABOR
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　　LAWRENCE JACKSON

1  Allan M. Tabor, State Bar No. 52846
   RYAN & TABOR
2  11 Embarcadero West, Suite 130
   Oakland, California 94607-4543
3  Telephone (510) 444-5350
   Facsimile (510) 444-5359
4
   Attorneys for Plaintiff
5  LAWRENCE JACKSON

6

7

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10

11

12 LAWRENCE JACKSON,                    No. C05-03006 MHP
                                           C06-06490 MHP
13         Plaintiff,

14 vs.                                  **REPRESENTATION STATEMENT**

15 UNITED STATES OF AMERICA;
   VETERANS ADMINISTRATION,
16 DEPARTMENT OF VETERAN
   AFFAIRS,
17
           Defendants.
18                                   /

19

20      Plaintiff, LAWRENCE JACKSON, is represented by Allan M. Tabor

21                        Ryan & Tabor
                  11 Embarcadero West, Suite 130
22                   Oakland, CA 94607-4543
                  Telephone Number: (510) 444-5350
23

24

25

26

27

28

1 | Defendant, UNITED STATES OF AMERICA, is represented by Jonathan U. Lee
2 | 450 Golden Gate Avenue, Ninth Floor
3 | San Francisco, CA 94102
Telephone Number: (415) 436-6909
4 |
5 |
6 | Dated: February 25, 2008          RYAN & TABOR
7 |
8 |          /Allan M. Tabor/
          ALLAN M. TABOR
          Attorney for Plaintiff
9 |          LAWRENCE JACKSON

PROOF OF SERVICE BY MAI
(CCP SECTION 1013(A), 2015.5)

I am a citizen of the United States and am employed in the County of Alameda, California. I am over the age of eighteen years and not a party to the within action; my business address is 11 Embarcadero West, Suite 130, Oakland, California 94607.

On <u>February 14, 2008</u>, I served the within <u>NOTICE OF APPEAL TO COURT OF APPEAL FROM JUDGMENT OF A DISTRICT COURT; REPRESENTATION STATEMENT; UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT CIVIL APPEALS DOCKETING STATEMENT</u> in said action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in a United States Postal service mail box at Oakland, California addressed as follows:

Jonathan U. Lee, Esq.
ASSISTANT UNITED STATES ATTORNEY
450 Golden Gate Avenue, 10th Floor
San Francisco, CA 94102

I declare under penalty of perjury that the above is true and correct. Executed on the above date at Oakland, California.

ALLAN M. TABOR